# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JUAN CARLOS RODRIGUEZ-FRANCISCO,** | : | **CIVIL ACTION NO. 1:21-CV-1179** |
| | : | |
| | : | **(Judge Conner)** |
| **Petitioner** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **B. THOMPSON,** *et al.,* | : | |
| | : | |
| **Respondents** | : | |

## ORDER

AND NOW, this 20th day of August, 2021, upon consideration of the petition

(Doc. 1) for writ of habeas corpus, and for the reasons set forth in the accompanying

memorandum, it is hereby ORDERED that:

1. The petition (Doc. 1) for writ of habeas corpus is DISMISSED with prejudice.

2. The Clerk of Court is DIRECTED to close this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania